Woods, G

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

PHYTELIA WILLIAMS,

                                Plaintiff,

       -against-

THE CITY OF NEW YORK; New York City Police Department ("P.O.") P.O. MATTHEW TARANGELO (Shield No. 6740) and P.O. EDDY SORIANO (Shield No. 9336) in their individual capacities,

                                Defendants.
-------------------------------------------------------------------- x

**STIPULATION** ~~AND ORDER~~ **OF DISMISSAL**

15 Civ. 1371 (GHW)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

~~2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.~~

Dated: New York, New York
August 14, 2015

RANKIN & TAYLOR
*Attorneys for Plaintiff*
11 Park Place, Suite 914
New York, NY 10007

By: _____
Gillian Robin Cassell-Stiga
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York,
 and Officers Tarangelo and Soriano*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Tavish C. DeAtley
*Assistant Corporation Counsel*

~~SO ORDERED:~~

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). As agreed by the parties during a telephone conference on August 26, 2015, the Court has striken paragraph 2 of the Stipulation of Dismissal.

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2015
New York, New York

2